# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**KIMBERLY HARMON, as Wrongful Death Beneficiary of Chayse Harmon, Deceased, and KIMBERLY HARMON, Individually**      **PLAINTIFF**

**VERSUS**      **CIVIL ACTION NO. 1:24-CV-242-HSO-RPM**

**CITY OF OCEAN SPRINGS, MISSISSIPPI, et al**      **DEFENDANTS**

## JOINT MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW,** Eric Tiebauer and Nicholas Cerra, Counsel for Plaintiff Kimberly Harmon, and respectfully moves this Court for an Order permitting withdrawal as counsel of record pursuant to the Local Rules of this Court and the Mississippi Rules of Professional Conduct (MRPC). In support of this Motion, Counsel submits the following to-wit:

1.) That ethical considerations have arisen that render continued representation of the Plaintiff in this matter untenable. Specifically, Counsel has determined that the continued prosecution of this action would result in a violation of the Rules of Professional Conduct and potentially subject Counsel and the client to court-ordered sanctions.

2.) Withdrawal is mandatory and/or permissive under the following Mississippi Rules of Professional Conduct:

    (A) **MRPC Rule 3.1:** A lawyer shall not bring or defend a proceeding, or assert or controvert an issue therein, unless there is a basis in law and in fact for doing so that is not frivolous. Counsel has concluded that a continued pursuit of the current complaint lacks the requisite legal and factual basis to proceed.

(B) **MRPC Rule 1.16(a)(1):** A lawyer shall withdraw from representation if the representation will result in a violation of the Rules of Professional Conduct or other law.

(C) **MRPC Model Rule 1.16(b)(5):** A lawyer may withdraw if the representation will result in an unreasonable financial burden on the lawyer

3) Despite diligent and repeated attempts by Counsel to communicate with the Plaintiff via telephone and email to discuss the legal standing of the case and potential next steps, Counsel and Plaintiff have reached a standstill. This breakdown in communication prevents Counsel from effectively representing the Plaintiff's interests or fulfilling their duty to the Court.

4) Counsel has provided written notice to the Plaintiff of the intent to withdraw and has advised the Plaintiff of the need to seek independent counsel, and has informed the client if this motion is granted and no other counsel has appeared, the client will be pro se.

5.) Counsel also notes that this litigation is in its "early stages" and withdrawal at this time would present minimal prejudice to our Client or parties opposite; no trial or dispositive motion deadlines are imminent; and to further minimize delay, Counsel is prepared to facilitate a smooth and comprehensive transition of all relevant files to successor counsel and to the client herself.

**WHEREFORE PREMISES CONSIDERED,** Eric Tiebauer and Nicolas Cerra respectfully request that this Honorable Court:

1. Grants this Motion to Withdraw as Counsel for Plaintiff;
2. Removing Eric Tiebauer, The Tiebauer Law Offices, PLLC, Nicholas Cerra, and The Cerra Law Firm, PLLC, from the CM/ECF notice list for this matter;
3. Grant such other relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED, this 6th day of January, 2026, A.D.

*/s/ E. Nicholas Cerra*                                              */s/ Eric Tiebauer*
E. NICHOLAS CERRA, MSB# 105671          ERIC TIEBAUER, MSB# 9881

# CERTIFICATE OF SERVICE

I, Eric Tiebauer, Of Counsel for the Plaintiff, Kimberly Harmon, do hereby certify that on this date I caused to be electronically filed, the foregoing *Joint Motion to Withdraw as Counsel* with the Clerk of the Court using the ECF system which has sent notice of the above pleading unto the following:

| | |
|---|---|
| Hon. Robert W. Wilkinson | Hon. Tristan Russell Armer |
| Hon. Will R. Norman | Jackson County Board Attorney |
| Wilkinson, Williams, Bosio & Sessoms, PLLC | 2915 Canty Street |
| P.O. Box 1421 | Suite T |
| Pascagoula, MS 39568-1618 | Pascagoula, MS 39567 |
| Email: rwilkinson@wwbslaw.com | 228-769-3371 |
| Email: wnorman@wwbslaw.com | tarmer@jcboardatty.com |

**SO CERTIFIED**, this 6th day of January 2026, A.D.

                /s/ Eric Tiebauer
                ERIC TIEBAUER, MSB# 9881

OF COUNSEL FOR THE PLAINTIFF:

| | |
|---|---|
| Eric Tiebauer, MSB# 9881 | E. Nicholas Cerra, MSB# 105671 |
| The Tiebauer Law Offices, LLC | CERRA LAW FIRM, PLLC |
| P.O. Box 1421 | Post Office Bos 722 |
| Waynesboro, MS 39367 | Laurel, MS 39441 |
| Phone: 601.735.5222 | Phone: 601.453.8984 |
| Fax: 601.735.5008 | Fax: 601.300.8097 |
| Email: tiebauer@att.net | Email: ENCerra@CerraLawFirm.com |