IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY HARMON,** *Individually and as Wrongful Death Beneficiary of Chayse Harmon, Deceased* | § § § § § | **PLAINTIFF** |
| **v.** | § § § | **Civil No. 1:24-cv-242-HSO-RPM** |
| **CITY OF OCEAN SPRINGS, MISSISSIPPI, et al.** | § § | **DEFENDANTS** |

### ORDER GRANTING PLAINTIFF'S MOTION [54] TO DISMISS DEFENDANTS JOHN DOES 1-30 WITHOUT PREJUDICE

On August 2, 2024, Plaintiff Kimberly Harmon ("Plaintiff") filed a Complaint [1] against numerous Defendants. The only claims remaining in this case are Plaintiff's state constitutional claims against Defendants City of Ocean Springs, Mississippi; Mayor Kenny Holloway; and Chief of Police Ryan Lemaire, and all of her claims against Defendants Jackson County, Mississippi, and John Does 1-30. On February 13, 2026, the Court entered an Order [52] requiring Plaintiff to show cause why her claims against the fictitious Defendants should not be dismissed under Federal Rule of Civil Procedure 4(m) for failure to serve them. *See* Order [52]. Plaintiff has now filed a Motion [54] to Dismiss John Does 1-30 without prejudice, citing Rule 4(m). *See* Mot. [54]; Mem. [55].

"The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) . . . ." Fed. R. Civ. P. 4(c)(1). Under Rule 4(m),

> [i]f a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

This action has been pending over 18 months, *see* Compl. [1], and there is no indication in the record that any John Does 1-30 have been named or served with process, *see* Fed. R. Civ. P. 4(m). Plaintiff now asks that the Court dismiss John Does 1-30 without prejudice under Rule 4(m), *see* Mot. [54]; Mem. [55], which the Court finds is appropriate. The Court will therefore grant Plaintiff's Motion [54] and dismiss her claims against the fictitious Defendants under Rule 4(m).

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Kimberly Harmon's Motion [54] to Dismiss Defendants John Does 1-30 is **GRANTED**, and her claims against Defendants John Does 1-30 are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this the 19th day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE