IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY HARMON,** *Individually* § <br> *and as Wrongful Death Beneficiary* § <br> *of Chayse Harmon, Deceased* § <br> § <br> § <br> **v.** § <br> § <br> § <br> **CITY OF OCEAN SPRINGS,** § <br> **MISSISSIPPI, et al.** § | | **PLAINTIFF** <br><br><br><br><br> **Civil No. 1:24-cv-242-HSO-RPM** <br><br><br><br> **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Court's prior Orders [14], [28], [30], [57], and the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED**.

**SO ORDERED AND ADJUDGED**, this the 19th day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE